UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAUL CAMARGO FLORES,           :
                               :
    Petitioner,                :
                               :
v.                             :   Civil Action No. 08-0387 (JR)
                               :
MICHAEL MUKASEY *et al.*,      :
                               :
    Respondents.               :

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that this case is **DISMISSED** for want of jurisdiction. This is a final appealable Order.


                                        JAMES ROBERTSON
                                        United States District Court